IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 2:09cv855-MEF |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Respondent. | ) |

## **ORDER**

On September 25, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the motion to vacate pursuant to 28 U.S.C. § 2255 be and is hereby DENIED without prejudice.

Done this the 20th day of October 2009.

                                              /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE